## *Wendover* v. *Ball.*

A BAIL piece had been filed, containing the name of one real person, who had, at the same time, filed an affidavit of justification, and of one nominal person. A rule was then taken to bring in the body, or show cause why an attachment should not issue against the sheriff ; and now *Wood* for the plaintiff, moved that the rule be made absolute.

*Per Curiam.*   The practice of inserting only one real person in bail-pieces, has generally obtained,

G

but has passed because there has been no opposition to it. It is requisite, *if the plaintiff exacts it*, that two real persons should become bail.

But the sheriff stipulating to put in additional bail, the motion was waived.

---

### General Rule.

SATURDAY.

ORDERED, That on trials, one counsel only on each side shall examine or cross-examine a witness; and that two counsel only on each side shall sum up the evidence to the jury.

---

## OCTOBER TERM, 1796.

---

### *Cohan Administrator* ads. *Kip.*

A PLEA was drawn and signed, but the defendant's attorney forgot to file it, and a copy without signature was served. A default for not pleading was entered during the last vacation, subsequent to the delivery of the plea.

*Jones* for the defendant, now moved to set aside the default, on the ground of irregularity; he produced also an affidavit of merits.

*Per Curiam.* A plaintiff may accept or refuse an imperfect copy of a plea; and if he accepts it, the